UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BUCKMAN,

    Plaintiff,

v.

UNKNOWN,

    Defendant.

Case No. 25-cv-05834-EKL

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On July 10, 2025, the Court received a letter from Plaintiff Timothy Buckman. ECF No. 1. In an abundance of caution, the Court opened a case on Plaintiff's behalf. The same day, the Court notified Plaintiff that the action was deficient because Plaintiff had not filed the complaint on the appropriate form, paid the filing fee, or filed an application for leave to proceed *in forma pauperis* (IFP). *See* ECF Nos. 2, 3. The Court instructed Plaintiff to cure these deficiencies within 28 days. *Id.* The deadline has passed, and Plaintiff has not filed a complaint on the appropriate form, paid the filing fee, or filed an application to proceed IFP. Accordingly, the case is **DISMISSED** without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by a complaint and either the filing fee or a complete IFP application.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 29, 2025

Eumi K. Lee
United States District Judge